No. 95–473. McCulloch v. Texas. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 95–479. Crawford v. California et al. C. A. 9th Cir. Certiorari denied.

No. 95–521. Watts v. West, Secretary of the Army, et al. C. A. 11th Cir. Certiorari denied.

No. 95–522. Roy v. Merit Systems Protection Board. C. A. Fed. Cir. Certiorari denied.

No. 95–540. Federation of Connecticut Taxpayer Organizations et al. v. Suggs et al. C. A. 2d Cir. Certiorari denied.

No. 95–558. Thompson v. United States et al. C. A. 11th Cir. Certiorari denied.

No. 95–578. Rosquete v. United States. C. A. 11th Cir. Certiorari denied.

No. 95–585. Huerta Rojas v. United States. C. A. 11th Cir. Certiorari denied.

No. 95–626. Reynolds v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 95–5084. Holman v. Illinois. Sup. Ct. Ill. Certiorari denied.

No. 95–5290. Dillehay v. United States; and
No. 95–5395. Saikaly v. United States. C. A. 6th Cir. Certiorari denied.

No. 95–5309. Barrera-Echavarria v. Rison, Warden. C. A. 9th Cir. Certiorari denied.

No. 95–5474. Calvi v. United States. C. A. 2d Cir. Certiorari denied.

No. 95–5589. Rieck v. Minnesota. Ct. App. Minn. Certiorari denied.

No. 95–5776. Moran v. McDaniel, Warden. C. A. 9th Cir. Certiorari denied.